UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EMERGENCY DEPARTMENT
PHYSICIANS P.C. and
EMERGENCY PROFESSIONALS
OF MICHIGAN, P.C.,

Case No. 2:19-cv-12052

HONORABLE STEPHEN J. MURPHY, III

Plaintiffs,

v.

UNITED HEALTHCARE, INC.,
et al.,,

Defendants.
_____/

# JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 17, 2020, Plaintiffs' claims are dismissed with prejudice.

DAVID J. WEAVER
CLERK OF THE COURT

BY: s/ D. Parker
Deputy Clerk

Dated: December 17, 2020

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2020, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager

1